Núm. 6630.—PUEBLO, apldo. *v.* BAHAMONDE, aplte.—C. D. Mayagüez. Diciembre 10, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Vista la moción de reconsideración radicada por el acusado apelante con fecha 4 de diciembre de 1937;

POR CUANTO, el propósito de una moción de reconsideración es dar una oportunidad al Tribunal para que pueda reconsiderar su resolución basada en los hechos tales y como existían en la fecha en que se dictara la resolución;

POR CUANTO, los nuevos hechos y razones aducidos por el promovente no pueden ser tomados como base para una reconsideración de la resolución dictada por esta Corte en noviembre 24, 1937;

POR TANTO, se declara no haber lugar a la reconsideración solicitada.

El Juez Asociado Sr. Córdova Dávila no intervino.